# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **MARK W. BRANDSTED and PAMELA S. BRANDSTED,** | * |
| **Plaintiffs,** | * **No. 05-1315T** |
| **v.** | * **Filed: January 11, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The Notice of Appearance in the above-captioned case was filed on December 30, 2005. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Monday, January 30, 2006, at 10:30 a.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (713) 965-9244 and defendant's counsel at (202) 307-6496. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**