# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MARK W. BRANDSTED and**
**PAMELA S. BRANDSTED,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1315T**
**Filed: January 20, 2006**

## O R D E R

A status conference was originally scheduled for 10:30 a.m. on Monday, January 30, 2006. The court hereby **RESCHEDULES** the parties to appear at a status conference on **Monday, January 30, 2006, at 2:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (713) 965-9244 and defendant's counsel at (202) 307-6496. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**