# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **MARK W. BRANDSTED and PAMELA S. BRANDSTED**, **Plaintiffs,** v. **UNITED STATES,** **Defendant.** | * | **No. 05-1315T**<br>**Filed: January 30, 2006** |

## O R D E R

A status conference in the above-captioned case was originally scheduled for Monday, January 30, 2006. Due to the illness of one of the plaintiff's counsel, the court hereby **RESCHEDULES** the conference to **Wednesday, February 1, 2006 at 10:30 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (713) 965-9244 and defendant's counsel at (202) 307-6496.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**