# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JOHN E. KETTLE and ANNE R. KETTLE,<br><br>Plaintiffs,<br><br>GEORGE W. PLOWMAN, Individually and Personal Representative of the Estate of ELIZABETH PLOWMAN<br><br>Plaintiff,<br><br>JOHN Y. GLASS and J. JEAN GLASS,<br><br>Plaintiffs,<br><br>LOUIS A. MITCHELL and CAROL J. MITCHELL,<br><br>Plaintiffs,<br><br>MARK W. BRANDSTED and PAMELA S. BRANDSTED<br><br>Plaintiffs,<br><br>RAYMOND W. WEIDEMANN and JOAN C. WEIDEMANN<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | * | No. 04-683T, 05-695T, 05-696T, 05-1074T, 05-1315T, 05-1384T<br>Filed: February 1, 2006 |

* * * * * * * * * * * * * * * * *

**O R D E R**

A status conference was held in the above-captioned cases on February 1, 2006. During the conference, the plaintiffs requested that proceedings in the above-captioned cases be suspended pending final decisions in Isler v. United States, No. 01-344T, Scuteri

v. United States, No. 01-358, Pratti v. United States, No. 02-060T, Keener v. United States, No. 03-2028T, Smith v. United States, No. 04-907, Dismore v. United States, No. 04-1787T, and Hinck v. United States, No. 05-5099 (Fed. Cir. filed Mar. 25, 2005). In an earlier order, the undersigned suspended proceedings in Kettle, Plowman, Glass, and Mitchell, pending final decisions in those same cases. The court **GRANTS** the parties' request, and proceedings in the above-captioned cases are suspended. The court **ORDERS** the parties to file quarterly status reports with the court indicating the progress in Isler, Scuteri, Pratti, Keener, Smith, Dismore, and Hinck. The first report will be due on or before **Wednesday, March 1, 2006**. In addition, the court **ORDERS** that, on or before five days after a decision is issued in Isler, Scuteri, Pratti, Keener, Smith, Dismore, or Hinck, the parties shall file a joint status report addressing the effect of each decision, include a copy of the decision(s), and address the parties' proposals(s) for future proceedings.

Currently, several of the above-captioned cases are designated as electronic cases in the court's CM/ECF system, while others are not. The court, therefore, directs the Clerk of the Court to designate all of the above-captioned cases as electronic cases in the court's CM/ECF system. Also for case management purposes, the Clerk shall consolidate the above-captioned cases. The lead case shall be Kettle v. United States, No. 04-683T. The parties shall file their quarterly status reports under that caption.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**